The People of the State of Illinois, Plaintiff-Appellee, *v.* James Cox, Defendant-Appellant.

(No. 12663;

Fourth District—March 20, 1975.

Opinion by Mr. JUSTICE CRAVEN.

Richard J. Wilson and Thomas Nelson, both of the State Appellate Defender's Office, of Springfield, for appellant.

Basil G. Greanias, State's Attorney, of Decatur (Jerry Finney, Assistant State's Attorney, of counsel), for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Howard Wilson, Defendant-Appellant.

(No. 12762;

Fourth District—March 20, 1975.